**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff        ) | CRIMINAL NO. _07mj 2540_ |
|         ) | ORDER |
| vs.        ) | RELEASING MATERIAL WITNESS |
| _Jorge Ortega Rocha_        ) | |
| _et al_        ) | Booking No. |
| Defendant(s)        ) | |

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /) Case Disposed / Order of Court).

_Jose Rosario Vega-Felix_

DATED: _11/8/07_

~~CATHY ANN BENCIVENGO~~

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____

Deputy Clerk
**C. PUTTMANN**

☆ U.S. GPO: 2003-581-774/70082