FILED
2007 NOV -9 PM 2:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE ORTEGA-ROCHA (1),<br>ALBERTO MINOR-OLVERA (2),<br>Defendants. | Criminal Case No. '07 CR 3054 IEG<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Rosario Vega-Felix, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

ABC:fer:San Diego
11/8/07

Count 2

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Rosario Vega-Felix, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Valdimir Meza-Silvas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 4

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Valdimir Meza-Silvas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfredo Silvas-Cardenas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 6

On or about October 27, 2007, within the Southern District of California, defendants JORGE ORTEGA-ROCHA and ALBERTO MINOR-OLVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfredo Silvas-Cardenas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: November 9, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
AARON B. CLARK
Assistant U.S. Attorney