Mark A. Chambers
State Bar #98933
345 West Ninth Avenue, Suite 200
Escondido, California 92025-5055
Telephone:  (760) 489-1808
Fax:            (760) 489-0225
chambers@mchambers.mpowermail.com
Attorney for Defendant,
Alberto Minor-Olvera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>ALBERTO MINOR-OLVERA (2),<br><br>     Defendant. | CASE NO.   07-CR-3054-002-IEG<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY<br><br>2) LEAVE TO FILE FURTHER MOTIONS<br><br>DATE: January 7, 2008<br><br>TIME:  2:00 p.m. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

     PLEASE TAKE NOTICE that on January 7, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Alberto Minor-Olvera, by and through his counsel, Mark A. Chambers, hereby submits the following motions and points and authorities in support thereof:

//
//
//
//

1

I

MOTIONS

The defendant, Alberto Minor-Olvera, by and through his counsel, Mark A. Chambers, pursuant to Federal Rules of Criminal Procedure 12, 14, 16 and 26, the Fifth and Sixth Amendment to the Unites States Constitution, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

    Compel Production of Discovery;

    Leave to File Further Motions;

These motions are based upon the instant motions and notice of motions, the attached statements of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                                  Respectfully submitted

Dated: November 27, 2007                /s/ Mark A. Chambers
                                            MARK A. CHAMBERS
                                            Attorney for Defendant
                                            Alberto Minor-Olvera

UNITED STATES v. MINOR-OLVERA
Case No. 07-CR-3054-002-IEG