UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTO MINOR OLVERA (2),<br><br>    Defendant2. | CASE NO. 07-CR-3054-002-IEG<br><br>ORDER AUTHORIZING ADDITIONAL INTERPRETER SERVICES |

On reading the ex-parte application for additional investigative expenses and good cause appearing therefore:

IT IS HEREBY ORDERED that additional interpreter expenses are authorized to be paid to Brenda Leyva, Interpreter, in connection with this matter, not to exceed, the sum of $900.00, making a total authorization to date, not to exceed, the sum of $1,400.00.

IT IS FURTHER ORDERED that the application in support of this Order be sealed. This Order shall not be sealed.

DATED: December 16, 2007

                                        IRMA E. GONZALEZ, Chief Judge
                                        United States District Court

```
USA v. MINOR OLVERA
CASE NO. 07-CR-3054-002-IEG
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USA v. MINOR OLVERA
CASE NO. 07-CR-3054-002-IEG

2