```
                                                        FILED

                                                    2008 MAR -5 PM 3: 58

                                                    CLERK US DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA

                                                  BY_____KNH_____DEPUTY
```

Attorney for Material Witness JOSE ROSARIO VEGA-FELIX

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br>JORGE ORTEGA-ROCHA et.al.<br><br>Defendant. | Criminal Case No. 07cr 3054 IEG<br>Magistrate Case No. 07 mj 2540<br><br>ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>JOSE ROSARIO VEGA-FELIX |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness JOSE ROSARIO VEGA-FELIX be exonerated forthwith and the cash deposit of $500.00 be returned to his surety, SAMUEL VILLANUEVA at the following address: 5032 South Rainbow Boulevard, Apt. 101, Las Vegas, Nevada 89118.

IT IS SO ORDERED

3/5/08

The Honorable Louisa S. Porter
United States Magistrate Judge

1